# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SYNDIE SEVERE,

        Plaintiff,

v.                                          Case No:   6:22-cv-1178-PGB-LHP

GEOVERA INSURANCE COMPANY,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   DEFENDANT'S AMENDED MOTION TO DISMISS AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER (Doc. No. 47)
>
> **FILED:**     March 22, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

> **MOTION:**   DEFENDANT'S MOTION TO DEEM REQUESTS FOR ADMISSIONS ADMITTED AND ANY OBJECTIONS THERETO WAIVED (Doc. No. 48)

> **FILED:** March 30, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

This cause comes before the Court on two motions by Defendant. Doc. Nos. 47–48. However, upon review, both motions are due to be denied without prejudice for failure to comply with the Federal Rules of Civil Procedure and the Local Rules.

First, both motions contain deficient certificates of service. Specifically, the motions recite that the Clerk of Court will mail the motions to Plaintiff, given that they were filed on CM/ECF. *See* Doc. No. 47, at 5, Doc. No. 48, at 3. However, because Plaintiff proceeds *pro se* and does not have access to CM/ECF, Defendant is responsible for serving the motions on Plaintiff pursuant to Fed. R. Civ. P. 5.

Second, the Amended Motion to Dismiss and Motion for Sanctions (Doc. No. 47) fails to comply with Local Rule 3.01(g)(2)(C).

Third, the Motion to Deem Requests for Admission Admitted (Doc. No. 48) fails to comply with the Standing Order on Discovery Motions because it does not attach the discovery requests at issue. *See* Doc. No. 12 ¶ 3.

Given that these motions are due to be denied, the Court has now denied the last four motions filed by Defendant for failure to comply with Court Orders, the

Local Rules, and/or the Federal Rules of Civil Procedure.  *See also* Doc. Nos. 43, 46. The Court once again reminds counsel of her obligation to be familiar with and abide by all applicable Orders and Rules.  Continued failure to do so may result in the imposition of sanctions.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties